**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO**

K-BEECH, INC.,

                Plaintiff,

v.

JOHN DOE,

                Defendant.

Civil Action No. 1:11-cv-02371-CMA-MJW

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITH PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntary dismisses Defendant, John Doe from this action <u>with prejudice</u>.  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Defendant, John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Contemporaneously, Plaintiff herewith consents to the Court having this case closed for administrative purposes.

                Respectfully submitted,

                By: /s/*Jason Kotzker*
                Jason Kotzker
                jason@klgip.com
                KOTZKER LAW GROUP
                10268 Royal Eagle Street
                Highlands Ranch, CO 80129
                Phone: 303-875-5386
                *Attorney for Plaintiff*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on March 30th, 2012 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all interested parties through this system.

By: /s/*Jason Kotzker*
Jason Kotzker

2